# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3716
_____

STATE OF FLORIDA, DEPARTMENT
OF LEGAL AFFAIRS, OFFICE OF
THE ATTORNEY GENERAL,
ATTORNEY GENERAL ASHLEY
MOODY, on behalf of GARLAND S.
BEVERIDGE,

    Appellant,

    v.

VETSPACE, INC., CHERYL J.
WEDGEWOOD, individually and
in her official capacity as
Executive Director of Vetspace,
Inc., and ERIC MCLARTHY,
individually and in his official
capacity as Senior Case
Manager of Vetspace, Inc.,

    Appellees.

_____

On appeal from the Circuit Court for Alachua County.
Peter K. Sieg, Judge.

January 8, 2024

PER CURIAM.

AFFIRMED.

RAY, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Ashley Moody, Attorney General, Tallahassee, and Carrol Y. Cherry Eaton, Senior Assistant Attorney General, Orlando, for Appellant.

Paul A. Donnelly and Jung Yoon of Donnelly + Gross, Gainesville, for Appellees, Vetspace, Inc. and Cheryl J. Wedgewood.